STATE OF NEW JERSEY v. WARD BROWN.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE GREEN.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND RUSH.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS PORTER.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY STEPHENS.

October 20, 1987.

Petition for certification denied.